# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERICAN ECONOMY INSURANCE COMPANY,

    Plaintiff,

  v.

CHL, LLC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C15-899 RSM

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Plaintiff American Economy Insurance Company's Motion for Summary Judgment is granted. American Economy Insurance Company is not liable for damage to the Masters Apartments under the "collapse" provisions of its January 28, 1999 to January 28, 2002 insurance policies. American Economy Insurance Company's coverage decision and claims-handling were reasonable.

Dated this 7th day of July 2016.

WILLIAM M. MCCOOL
Clerk

/s/ Rhonda Stiles
Deputy Clerk